```
Richard J. Grabowski (State Bar No. 125666)
rgrabowski@JonesDay.com
John A Vogt (State Bar No. 198677)
javogt@jonesday.com
JONES DAY
3161 Michelson Drive
Suite 800
Irvine, CA  92612.4408
Telephone:  +1.949.851.3939
Facsimile:  +1.949.553.7539
```

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIPAK BHUTA, individually and on behalf of all others similarly situated;<br><br>Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>Defendant. | Case No. 8:15-cv-01592 AG (DFMx)<br><br>Hon. Andrew J. Guilford<br><br>**EXPERIAN INFORMATION SOLUTIONS INC.'S NOTICE OF INTERESTED PARTIES**<br><br>Complaint filed: October 2, 2015 |

Pursuant to Local Rule 7.1-1, the undersigned, counsel of record for Experian Information Solutions, Inc. ("Experian"), certifies that the following listed parties may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal:

1.  Parent Companies:  The ultimate parent company of Experian is Experian plc.

2.  Subsidiaries Not Wholly Owned:  The following companies are the US-based subsidiaries of Experian plc that are not wholly owned:

    (a)   Central Source LLC

    (b)   Online Data Exchange LLC

| | | |
|---|---|---|
| 1 | (c) | New Management Services LLC |
| 2 | (d) | VantageScore Solutions LLC |
| 3 | (e) | Opt-Out Services LLC |

3. Publicly Held Companies: Experian plc owns 100 percent of Experian. Experian plc is a Jersey, Channel Islands company which is publicly traded on the London Stock Exchange.

Dated: October 22, 2015

JONES DAY

By: */s Richard J. Grabowski*
Richard J. Grabowski

Counsel for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

NAI-1500599563v1

- 2 -

EXPERIAN'S NOTICE OF
INTERESTED PARTIES
Case No. 8:15-cv-01592 AG (DFMx)