Richard J. Grabowski (State Bar No. 125666)
rgrabowski@JonesDay.com
John A Vogt (State Bar No. 198677)
javogt@jonesday.com
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA 92612.4408
Telephone: +1.949.851.3939
Facsimile: +1.949.553.7539

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

TINA WOLFSON, SBN 174806
twolfson@ahdootwolfson.com
ROBERT AHDOOT, SBN 172098
rahdoot@ahdootwolfson.com
**AHDOOT & WOLFSON, PC**
1016 Palm Avenue
West Hollywood, California 90069
Tel: (310) 474-9111; Fax: (310) 474-8585

Attorneys for Plaintiff and the Putative Classes

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIPAK BHUTA, individually and on behalf of all others similarly situated;<br><br>Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>Defendant. | Case No. 8:15-cv-01592 AG (DFMx)<br><br>Hon. Andrew J. Guilford<br><br>**STIPULATION TO VACATE L.R. 23-3 DEADLINE TO FILE MOTION FOR CERTIFICATION**<br><br>Complaint filed: Oct. 2, 2015<br>Complaint Served: Oct. 14, 2015<br>Current L.R. 23-3 Date: Jan 12, 2016 |

Plaintiff, individually and on behalf of a class of similarly situated persons ("Plaintiff"), and Defendant Experian Information Solutions, Inc., ("Defendant"), through their counsel, hereby stipulate to entry of the concurrently filed [Proposed] Order, which would vacate the 90-day deadline to file a motion for certification in this action under Local Rule 23-3.

Pursuant to Local Rule 5-4.3.4, Robert Ahdoot hereby attests that the following signatories concur in the filing's content and have authorized the filing.

Dated: October 22, 2015            JONES DAY

                                   By: */s/ Richard J. Grabowski*
                                        Richard J. Grabowski

                                   Counsel for Defendant
                                   EXPERIAN INFORMATION
                                   SOLUTIONS, INC.

Dated: October 22, 2015            ADHOOT AND WOLFSON APC


                                   By: */s/ Robert Ahdoot*
                                        Robert Ahdoot
                                   Counsel for Plaintiff
                                   DIPAK BHUTA