# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | SACV 15-1592-AG(DFMx) | Date | December 7, 2015 |
| Title | DIPAK BHUTA v EXPERIAN INFORMATION SOLUTIONS INC AND RELATED CASES | | |

Present: The Honorable   ANDREW J. GUILFORD, U.S. District Judge

| Lisa Bredahl | Miriam Baird |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| See Below | Richard Grabowski, Jessica Sawyer, Michael Morgan |

**Proceedings:**   STATUS CONFERENCE

Cause is called for hearing with the following counsel for plaintiffs present: Tina Wolfson; James Barry, PHV; Daniel Robinson; Gabriel Barenfeld; Jon Lambiras; John Yanchunis; Daniel Girard; Gary Mason; Stephen Basser; Samuel Ward; Wylie Aitken; Darren Aitken; Graham LippSmith; Reuben Nathan; Christopher Ridout; Joseph Bourne; Brittany Dejong; Cari Laufenberg; David Azar; Ross Cornell; Manfred Muecek; Gary Lynch; John Jasnoch; Joseph Guglielmo; Andrew Friedman; Edward Ciolko; Daniel Germain; Wesley Polischuk present in Court and Daniel Herrera; Bryan Clobes; and Joseph Kravec, PHV appearing telephonically.

Court and counsel confer. The hearing on the motion for lead counsel shall be heard on February 8, 2016 at 10:00 a.m. All moving papers shall be filed by January 4, 2016. Any opposition briefs shall be filed by January 18, 2016 and any reply papers shall be filed by January 25, 2016.

Counsel shall submit a proposed order re the consolidation of these Experian matters.

|  | : | 45 |
|---|---|---|
| Initials of Preparer | lmb | |