
Bryan L. Clobes (admitted *pro hac vice*)
bclobes@caffertyclobes.com
Kelly L. Tucker (admitted *pro hac vice*)
ktucker@caffertyclobes.com
**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**
1101 Market Street, Suite 2650
Philadelphia, Pennsylvania  19107
Phone:         (215) 864-2800
Facsimile:    (215) 864-2810

*Counsel for Plaintiff Jennifer Leitner*

[Additional Counsel Listed on Signature Page]

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: EXPERIAN DATA BREACH LITIGATION | Case No. 8:15-cv-01592<br><br>**PLAINTIFF LEITNER'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br>The Hon. Andrew J. Guilford |
| This Document Relates To:<br><br>Leitner v. Experian Information Solutions, Inc., Case No. 8:15-cv-01620 | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(l)(A)(i), Plaintiff Jennifer Leitner, by and through counsel, submits this notice of voluntary dismissal without prejudice in the above-captioned matter. Plaintiff Leitner reserves the right to proceed in this matter as an absent class member.

Dated: February 26, 2016

Respectfully submitted,

**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**

 /sDaniel O. Herrera
Daniel O. Herrera (admitted *pro hac vice*)
dherrera@caffertyclobes.com
150 S. Wacker
Suite 3000
Chicago, Illinois  60606
Telephone: (312) 782-4880
Facsimile: (312) 782-4485

Bryan L. Clobes (admitted *pro hac vice*)
bclobes@caffertyclobes.com
Kelly L. Tucker (admitted *pro hac vice*)
ktucker@caffertyclobes.com
1101 Market Street
Suite 2650
Philadelphia, Pennsylvania  19107
Telephone: (215) 864-2800
Facsimile: (215) 864-2810

*Attorneys for Plaintiff Jennifer Leitner*

## **CERTIFICATE OF SERVICE**

1
2   I hereby certify that on February 26, 2016, I caused a true and correct copy of Plaintiff
3   Leitner's Notice of Voluntary Dismissal Without Prejudice to be served on all counsel entitled to
4   receive service in this action by ECF.
5
6
7                                                                /s/Daniel O. Herrera
                                                                 Daniel O. Herrera
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28