Richard J. Grabowski (SBN 125666)
rgrabowski@JonesDay.com
John A. Vogt (SBN 198677)
javogt@jonesday.com
Edward S. Chang (SBN 241682)
echang@jonesday.com
**JONES DAY**
3161 Michelson Drive
Suite 800
Irvine, CA 92612.4408
Telephone:  +1.949.851.3939
Facsimile:  +1.949.553.7539

*Attorneys for Defendants*
*EXPERIAN HOLDINGS, INC. and*
*EXPERIAN INFORMATION*
*SOLUTIONS, INC.*

Tina Wolfson, SBN 174806
twolfson@ahdootwolfson.com
**AHDOOT & WOLFSON, PC**
1016 Palm Avenue
West Hollywood, CA 90069
Telephone: (310) 474-9111
Fax: (310) 474-8585

Daniel S. Robinson, SBN 244245
drobinson@robinsonfirm.com
**ROBINSON CALCAGNIE ROBINSON SHAPIRO DAVIS, INC.**
19 Corporate Plaza Dr.
Newport Beach, CA 92660
Telephone: (949) 720-1288
Fax: (949) 720-1292

*Co-Lead Counsel for Plaintiffs and the Proposed Class*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| IN RE EXPERIAN DATA BREACH LITIGATION | Case No. 8:15-cv-01592 AG (DFMx)<br><br>Hon. Andrew J. Guilford<br><br>**JOINT STIPULATION REGARDING PLAINTIFFS' MOTION TO COMPEL**<br><br>Date: March 6, 2017<br>Time: 9:00 a.m.<br>Courtroom: 10D |

JOINT STIPULATION RE PLAINTIFFS' MOTION
TO COMPEL
Case No. 8:15-cv-01592 AG (DFMx)

## STIPULATION

WHEREAS, Plaintiffs and Defendants Experian Holdings, Inc. and Experian Information Solutions, Inc. ("Experian" or "Defendants") (collectively "the Parties"), having met and conferred, hereby provide this Joint Stipulation Regarding Plaintiffs' Motion to Compel the Production of Defendants' Undisclosed Expert's Report and Related Documents;

WHEREAS, on March 31, 2016, the Court ordered that Defendants produce a privilege log regarding their asserted privileges regarding the Undisclosed Expert's Report and Related Documents;

WHEREAS, Defendants served their privilege log on April 8, 2016, and served a supplemental privilege log on June 10, 2016;

WHEREAS, on February 9, 2017, Plaintiffs took a Federal Rules of Civil Procedure 30(b)6 deposition related to Defendants' assertion of privilege on the Undisclosed Expert's Report and Related Documents;

WHEREAS, the Parties have completed the required conference of counsel pursuant to L.R. 7-3, which took place at various dates between approximately May 2016 and February 2017;

WHEREAS, the Parties agree that the applicable meet and confer guidelines and briefing standards should be governed by L.R. 7-3 and not L.R. 37-1;

WHEREAS, the Parties have met and conferred about a briefing schedule and jointly agree that Plaintiffs' Motion to Compel will be filed by March 24, 2017, Defendants' Opposition will be due April 21, 2017, Plaintiffs' Reply will be due May 3, 2017, and the Hearing on Plaintiffs' Motion to Compel will be May 15, 2017, or at a date the Court is available;

WHEREAS, since the Parties now agree on the briefing schedule for Plaintiffs' Motion to Compel, they no longer need guidance from the Court on these issues and request that the Court vacate the previously set March 6, 2017 Status

Conference;

THEREFORE, THE PARTIES HEREBY STIPULATE, through their respective counsel of record that:

1. The Parties have completed the required conference of counsel pursuant to L.R. 7-3, which took place at various dates between approximately May 2016 and February 2017;

2. The following briefing schedule will apply to Plaintiffs' Motion to Compel, in accordance with Local Rule 7-4 *et seq.*: Plaintiffs' Motion to Compel will be filed by March 24, 2017, Defendants' Opposition will be due April 21, 2017, Plaintiffs' Reply will be due May 3, 2017, and the Hearing on Plaintiffs' Motion to Compel will be May 15, 2017, or at a date the Court is available;

3. The Status Conference set for March 6, 2017 may be continued to May 15, 2017, or at a date the Court is available; and

4. The Parties agree the concurrently filed [Proposed] Order is acceptable.

Dated: March 2, 2017                              JONES DAY

                                                  By: */s/ Richard J. Grabowski*
                                                      Richard J. Grabowski
                                                      Attorneys for Defendants
                                                      EXPERIAN HOLDINGS, INC. and
                                                      EXPERIAN INFORMATION
                                                      SOLUTIONS, INC.

Dated: March 2, 2017                              ROBINSON CALCAGNIE, INC.

                                                  By: */s/ Daniel S. Robinson*
                                                      Daniel S. Robinson
                                                      Interim Co-Lead Counsel for the Class

## **ATTESTATION OF FILER**

Pursuant to Local Rule 5-4.4.3, the undersigned filer hereby attests that all signatories listed, and on whose behalves the filing is submitted, concur in the filing's content and have authorized filing.

Dated: March 2, 2017           By: */s/ Daniel S. Robinson*

# **CERTIFICATE OF SERVICE**

I hereby certify that on March 2, 2017, I caused to be filed the foregoing JOINT STIPULATION RE PLAINTIFFS' MOTION TO COMPEL. This document is being filed electronically using the Court's electronic case filing (ECF) system, which will automatically send a notice of electronic filing to the email addresses of all counsel of record.

Dated: March 2, 2017 By: */s/ Daniel S. Robinson*