Richard J. Grabowski (SBN 125666)
rgrabowski@JonesDay.com
John A. Vogt (SBN 198677)
javogt@jonesday.com
Edward S. Chang (SBN 241682)
echang@jonesday.com
**JONES DAY**
3161 Michelson Drive
Suite 800
Irvine, CA 92612.4408
Telephone:  +1.949.851.3939
Facsimile:   +1.949.553.7539

*Attorneys for Defendants*
*EXPERIAN HOLDINGS, INC. and*
*EXPERIAN INFORMATION*
*SOLUTIONS, INC.*

Tina Wolfson (SBN 174806)
twolfson@ahdootwolfson.com
**AHDOOT & WOLFSON, PC**
1016 Palm Avenue
West Hollywood, CA 90069
Telephone: (310) 474-9111
Fax: (310) 474-8585

Daniel S. Robinson (SBN 244245)
drobinson@robinsonfirm.com
**ROBINSON CALCAGNIE, INC.**
19 Corporate Plaza Dr.
Newport Beach, CA 92660
Telephone: (949) 720-1288
Fax: (949) 720-1292

*Interim Co-Lead Counsel for Plaintiffs*
*and the Proposed Class*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| IN RE EXPERIAN DATA BREACH LITIGATION | Case No. 8:15-cv-01592 AG (DFMx) |
| | **JOINT STATUS REPORT** |
| | Date:  June 11, 2018<br>Time:  9:00 a.m. |
| | Judge:  Hon. Andrew J. Guilford<br>Ctrm:   10D |

Plaintiffs and Defendants Experian Holdings, Inc. and Experian Information Solutions, Inc. ("Experian" or "Defendants" and, together with Plaintiffs, "the Parties"), having met and conferred, hereby provide this Joint Status Report in advance of the Status Conference scheduled for June 11, 2018, per the Court's May 24, 2018 Minute Order (Dkt. 259).

As the Court is aware, on January 26, 2018, the Parties participated in a Settlement Conference before the Hon. Jay C. Gandhi, at which the Parties reached

an agreement in principle to settle this Action.  Since then, the Parties have been negotiating the details and structure of the settlement in order to present it to the Court for preliminary approval.

One preliminary issue has delayed the parties' settlement process. Specifically, the Plaintiffs' effort to obtain putative class members' email information from third party T-Mobile.  This information will allow the parties to craft the most practicable and cost-efficient Notice Plan — a particularly difficult issue given the size of the putative Class at issue in this case.  Plaintiffs believe they are close to an agreement for a protective order governing the production of such information and believe the information will be produced by T-Mobile within the next 60 days.  Once that issue is resolved, the Parties will be able to finalize the rest of the settlement terms and present it to the Court for preliminary approval.  As such, the Parties request that the Court set a Further Status Conference for Wednesday, September 12, 2018, or a date thereafter convenient for the Court.

DATED:  June 4, 2018                    ROBINSON CALCAGNIE, INC.


By:  */s/ Daniel S. Robinson*
Daniel S. Robinson
**ROBINSON CALCAGNIE, INC.**
19 Corporate Plaza Drive
Newport Beach, CA 92660
Telephone:  (949) 720-1288
Facsimile:   (949) 720-1292

Tina Wolfson
**AHDOOT & WOLFSON, PC**
1016 Palm Avenue
West Hollywood, CA 90069
Telephone: (310) 474-9111
Facsimile: (310) 474-8585

*Interim Co-Lead Counsel for Plaintiffs and the Proposed Class*

NAI-1503817717v1

1352964.1

-2-

JOINT STATUS REPORT

1   DATED:  June 4, 2018                    JONES DAY

2

3                                   By:  */s/ Richard J. Grabowski*
                                        Richard J. Grabowski
                                        John A. Vogt
4                                       Edward S. Chang
                                        **JONES DAY**
5                                       3161 Michelson Drive
                                        Suite 800
6                                       Irvine, CA 92612.4408
                                        Telephone:  +1.949.851.3939
7                                       Facsimile:   +1.949.553.7539

8                                       *Attorneys for Defendants*
                                        *EXPERIAN HOLDINGS, INC. and*
9                                       *EXPERIAN INFORMATION*
                                        *SOLUTIONS. INC.*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## **<u>ATTESTATION</u>**

2          Pursuant to Civil Local Rule 5-1, I, L. Daniel S. Robinson attests under penalty

3     of perjury that concurrence in the filing of the within document has been obtained

4     from each signatory.

5

6     DATED: June 4, 2018                    */s/ Daniel S. Robinson*

Daniel S. Robinson

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

   I hereby certify that on June 4, 2018, I caused to be filed the foregoing document. This document is being filed electronically using the Court's electronic case filing (ECF) system, which will automatically send a notice of electronic filing to the email addresses of all counsel of record.

DATED: June 4, 2018        */s/ Daniel S. Robinson*
              Daniel S. Robinson