Richard J. Grabowski (SBN 125666)
rgrabowski@jonesday.com
John A. Vogt (SBN 198677)
javogt@jonesday.com
Edward S. Chang (SBN 241682)
echang@jonesday.com
JONES DAY
3161 Michelson Drive
Suite 800
Irvine, CA 92612.4408
Telephone: (949) 851-3939
Facsimile: (949) 553-7539

*Attorneys for Defendants*
*EXPERIAN HOLDINGS, INC. AND*
*EXPERIAN INFORMATION*
*SOLUTIONS, INC.*

Tina Wolfson (SBN 174806)
twolfson@ahdootwolfson.com
AHDOOT & WOLFSON, PC
1016 Palm Avenue
West Hollywood, CA 90069
Telephone: (310) 474-9111
Fax: (310) 474-8585

Daniel S. Robinson (SBN 244245)
drobinson@robinsonfirm.com
ROBINSON CALCAGNIE, INC.
19 Corporate Plaza Dr.
Newport Beach, CA 92660
Telephone: (949) 720-1288
Fax: (949) 720-1292

*Co-Lead Counsel for Plaintiffs and*
*the Proposed Class*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| IN RE EXPERIAN DATA BREACH LITIGATION | Case No. 8:15-cv-01592 AG (DFMx) |
| | Hon. Andrew J. Guilford |
| | **ORDER RE JOINT STIPULATION REQUESTING CONTINUANCE OF STATUS CONFERENCE TO DECEMBER 3, 2018 AND SCHEDULING PRELIMINARY APPROVAL HEARING FOR DECEMBER 3, 2018** |

## **ORDER**

Plaintiffs and Defendants Experian Holdings, Inc. and Experian Information Solutions, Inc. (together, "Defendants" or "Experian") (collectively the "Parties") have filed a Stipulation requesting the October 22, 2018 Status Conference be continued to December 3, 2018 in the interests of judicial economy and efficiency. The Parties also request that the preliminary approval of settlement hearing be scheduled for December 3, 2018.  Based on the Parties' stipulation, and good cause being shown, IT IS HEREBY ORDERED THAT:

1.      The Status Conference currently set for October 22, 2018 at 9:00 a.m. is continued to December 3, 2018 at 10:00 a.m.; and

2.      The preliminary approval hearing is scheduled for December 3, 2018 at 10:00 a.m.

**IT IS SO ORDERED.**

Dated:  <u>October 19, 2018</u>

_____
HON. ANDREW J. GUILFORD

2