1
2
3
4
5
6
7
8
9
10
11
12

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

13 | **IN RE EXPERIAN DATA BREACH LITIGATION** | Case No. 8:15-cv-01592 AG (DFMx)

14 | | Hon. Andrew J. Guilford

15
16
17
18
19
20
21
22

**ORDER GRANTING STIPULATION TO THE EXTEND PAGE LIMITATION FOR MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

23
24
25
26
27
28

1

**ORDER RE STIPULATION TO EXTEND PAGE LIMIT.**

1

## ORDER

2       The parties' Stipulation to the Extend Page Limitation of the Memorandum of

3   Points and Authorities in Support of Preliminary Approval of Class Action

4   Settlement is GRANTED.

5       Plaintiffs' Memorandum of Points and Authorities in Support of Preliminary

6   Approval of Class Action Settlement shall not exceed 35 pages.

7       **IT IS SO ORDERED.**

8

9
    Dated:      11/9/2018

10                                              HON. ANDREW J. GUILFORD

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER RE STIPULATION TO EXTEND PAGE LIMIT.**