UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES - GENERAL**

| | |
|---|---|
| Case No. | SACV 15-1592-AG(DFMx) |
| Date | December 3, 2018 |
| Title | IN RE EXPERIAN DATA BREACH LITIGATION |

Present: The Honorable  ANDREW J. GUILFORD, U.S. District Judge

| Lisa Bredahl | Miriam Baird |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Tina Wolfson, Wesley Polischuk | Richard Grabowski |
| Daniel Robinson, Robert Ahdoot | Edward Chang |

**Proceedings:**  1. STATUS CONFERENCE
2. MOTION FOR PRELIMINARY APPROVAL [DKT 286]

Cause is called for hearing and counsel make their appearances.  Matter is argued.

The Court orders that the tentative ruling shall become the order of the Court. A separate order GRANTING motion issued.

SC: 01 min
Mtn: 9 mins

: 10

Initials of Preparer  lmb