# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| **IN RE EXPERIAN DATA BREACH LITIGATION** | Case No. 8:15-cv-01592 AG (DFMx)<br>Hon. Andrew J. Guilford<br><br>**ORDER GRANTING STIPULATION TO THE EXTEND PAGE LIMITATION FOR MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF FINAL APPROVAL OF CLASS ACTION SETTLEMENT** |

# ORDER

The parties' Stipulation to the Extend Page Limitation of the Memorandum of Points and Authorities in Support of Final Approval of Class Action Settlement is GRANTED.

Plaintiffs' Memorandum of Points and Authorities in Support of Final Approval of Class Action Settlement shall not exceed 35 pages.

**IT IS SO ORDERED.**

Dated: April 5, 2019

_____
HON. ANDREW J. GUILFORD