# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCIES

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAY 28 2019

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

To: ☒ U.S. District Judge / ☐ U.S. Magistrate Judge   Andrew J. Guilford

From: Lori (Intake)                     , Deputy Clerk      Date Received: 5/20/2019

Case No.: SACV15-01592 AG(DFMx)        Case Title: In Re Experian Data Breach Litigation

Document Entitled: Letter from Lydia Howard

Upon the submission of the attached document(s), it was noted that the following discrepancies exist:

- ☐ Local Rule 5-4.1 — Documents must be filed electronically
- ☐ Local Rule 6-1 — Written notice of motion lacking or timeliness of notice incorrect
- ☐ Local Rule 7-19.1 — Notice to other parties of ex parte application lacking
- ☐ Local Rule 7.1-1 — No Certification of Interested Parties and/or no copies
- ☐ Local Rule 11-3.1 — Document not legible
- ☐ Local Rule 11-3.8 — Lacking name, address, phone, facsimile numbers, and e-mail address
- ☐ Local Rule 11-4.1 — No copy provided for judge
- ☐ Local Rule 11-6 — Memorandum/brief exceeds 25 pages
- ☐ Local Rule 11-8 — Memorandum/brief exceeding 10 pages shall contain table of contents
- ☐ Local Rule 15-1 — Proposed amended pleading not under separate cover
- ☐ Local Rule 16-7 — Pretrial conference order not signed by all counsel
- ☐ Local Rule 19-1 — Complaint/Petition includes more than 10 Does or fictitiously named parties
- ☐ Local Rule 56-1 — Statement of uncontroverted facts and/or proposed judgment lacking
- ☐ Local Rule 56-2 — Statement of genuine disputes of material fact lacking
- ☒ Local Rule 83-2.5 — No letters to the judge
- ☒ Fed. R. Civ. P. 5 — No proof of service attached to document(s)
- ☐ Other: _____

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

## ORDER OF THE JUDGE/MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☐ The document is to be filed and processed. The filing date is ORDERED to be the date the document was stamped "received but not filed" with the Clerk. Counsel* is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83-7.

Date _____                           U.S. District Judge / U.S. Magistrate Judge

☒ The document is **NOT** to be filed, but instead **REJECTED**, and is ORDERED returned to counsel.* Counsel* shall immediately notify, in writing, all parties previously served with the attached documents that said documents have **not** been filed with the Court.

Date: 5-28-2019                       U.S. District Judge / U.S. Magistrate Judge

* The term "counsel" as used herein also includes any pro se party. See Local Rule 1-3.

COPY 1 -ORIGINAL-OFFICE    COPY 2 -JUDGE    COPY 3 -SIGNED & RETURNED TO FILER    COPY 4 -FILER RECEIPT

CV-104A (06/13)                    NOTICE OF DOCUMENT DISCREPANCIES

May 15, 2019

Honorable Andrew J. Guilford
United States District Court
Ronald Reagan Federal Building and
 United States Courthouse
411 West Fourth Street, Room 10D
Santa Ana, CA 92701

Dear Judge Guilford:

    Enclosed is a letter written to counsel regarding the above-referenced matter. The letter mailed to Ms. Wolfson was returned as undeliverable (see enclosed). I have not received an explanation from the settlement administrator as to why a claim form that is addressed to Donnis L Howard was sent to my home address (see enclosed).

                                            Sincerely,

                                            Lydia Howard
                                            1611 Burnstone Drive
                                            Stone Mountain, GA 30088

Enclosures



RECEIVED BUT NOT FILED
MAY 2 0 2019
CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION
BY ___ DEPUTY

document4

April 1, 2019

In re: Experian Data Breach Litigation
c/o KCC LLC
P.O. Box 505025
Louisville, KY 40233-4024

      Re:    ExpDataBreachSettlement.com
               Case No. 8:15cv1592

Dear KCC LLC:

Enclosed is an Experian Data Breach Claim form that was mailed to my home address.

The 1-844-730-2030 telephone number listed on the form does not provide a means of contact if a person has questions regarding the form or to determine if a person is a part of the class action. As you can see, the form is addressed to Donnis L Howard. No one by that name lives at 1611 Burnstone Drive. My last name is Howard and I live at 1611 Burnstone Drive. In addition, I have never received any notice(s) of the above class action.

                            Sincerely,

                            Lydia Howard
                            1611 Burnstone Drive
                            Stone Mountain, GA 30088
                            770 413-0499

cc:    Honorable Andrew J. Guilford
        Tina Wolfson, Esq.
        Richard J. Grabowski, Esq.

document1

Case 8:15-cv-01592-JLS-DFM   Document 327   Filed 05/28/19   Page 4 of 6   Page ID #:6610

PRESORTED
FIRST CLASS MAIL
U.S POSTAGE
PAID
SANTA ANA, CA
PERMIT NO. 626

In re Experian Data Breach Litigation
P.O. Box 505025
Louisville, KY 40233-9870



Postal Service: Please Do Not Mark Barcode

Claim Number: EDB-106554371301-774
0000509**P0001-S0002-B0002******AUTO**MIXED AADC 926
Donnis L Howard
1611 Burnstone Dr
Stone Mountain, GA 30088-3446

Court Approved Legal Notice
Case No. 8:15-cv-01592

## You Can Get a Cash Payment and FREE Credit Monitoring & Insurance Services To Help Protect You Against the Possible Unlawful Use of Your Personal Information That May Have Been Taken in the EXPERIAN DATA BREACH.

*A federal court has authorized this Notice. This is not a solicitation from a lawyer.*

**Complete and Return the Claim Form by April 11, 2019.**

www.ExpDataBreachSettlement.com
1-844-730-2030

*Para una notificación en Español, llamar o visitar nuestro sitio web.*

**EDB**

Complete this Claim Form, tear at perforation above, and return by U.S. Mail postmarked no later than April 11, 2019.

## EXPERIAN DATA BREACH CLAIM FORM

Claim ID 106554371301

You may submit this Claim Form for Credit Monitoring and Insurance Services and a Cash Payment for Default Time Claims for Out-of-Pocket Costs and Documented Time must be submitted online at www.ExpDataBreachSettlement.com using your Claim Number (located above) or by printing a Claim Form from the website

**CREDIT MONITORING AND INSURANCE SERVICES:** You have been identified as someone who is included in this class action settlement and eligible to receive free credit monitoring and identity theft insurance services

Fill in the circle below, provide your email address, and return this Claim Form postmarked no later than April 11, 2019 to file a claim for Credit Monitoring and Insurance Services; or submit your claim online at www.ExpDataBreachSettlement.com

◯ Yes, I would like to receive Credit Monitoring and Insurance Services.
Email address (required unless you submit your claim online at www.ExpDataBreachSettlement.com)

**CASH PAYMENT FOR DEFAULT TIME:** If you do not file a Claim Form for Documented Time, you may file a claim for $20 per hour for two hours of time spent addressing the Data Breach ("Default Time"). Default Time payment amounts may be reduced pro rata depending on the number of claims submitted, and may be filed in addition to Credit Monitoring and Insurance Services and Out-of-Pocket Cost claims.

Fill in the circle below, provide the email address associated with your PayPal account (only if you want to receive your payment via PayPal) and return this Claim Form postmarked no later than April 11, 2019 to file a claim for Default Time

◯ Yes, I would like to receive a Default Time payment.
Email address for PayPal payment (optional)


106554371301  EDB



ATLANTA METRO GA

01 APR 2019 PM 9 L

Return to Sender

Tina Wolfson, Esq.
AHDOOT & WOLFSON PC
10850 Wilshire Blvd
Suite 770
Los Angeles,

RETURN TO SENDER
VACANT
UNABLE TO FORWARD

Ms. Lydia B. Howard
1611 Burnstone Dr.
Stone Mtn, GA 30088

Ms. Lydia B. Howard
1611 Burnstone Dr.
Stone Mtn, GA 30088

ATLANTA METRO 300
15 MAY 2019 PM 12 L

92701-451653

Honorable Andrew J. Guilford
United States District Court
Ronald Reagan Federal Building and
United States Courthouse
411 West Fourth Street, Room 10D
Santa Ana, CA 92701

RECEIVED
CLERK, U.S. DISTRICT COURT
MAY 20 2019
CENTRAL DISTRICT
SOUTHERN DIV.