1

2

3

4

5

6

7

8

9

10

11

12

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| **IN RE EXPERIAN DATA BREACH LITIGATION** | Case No. 8:15-cv-01592 AG (DFMx) |
| | Hon. Andrew J. Guilford |
| | **ORDER APPROVING PAYMENT TO OBJECTOR PURSUANT TO FRCP RULE 23(e)(5)(B)** |

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER APPROVING PAYMENT PURSUANT TO RULE 23(e)(5)(B)**

1

## **ORDER**

2

3       The stipulated request, pursuant to FRCP Rule 23(e)(5)(B), for a payment in

4 the amount of $10,000 to Objector Troy Kenneth Scheffler and his counsel, Peter J.

5 Nickitas, pursuant to the terms and conditions of the Agreement attached to the

6 Stipulation, is GRANTED.

7

8       **IT IS SO ORDERED.**

9

10

  Dated:  July 3, 2019

11                                 HON. ANDREW J. GUILFORD

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

**ORDER APPROVING PAYMENT PURSUANT TO RULE 23(e)(5)(B)**